## Ex parte PATRICK.

Submitted November 9, 1908.—Decided November 16, 1908.

Appeal from decision of the Circuit Court denying a petition for *habeas
corpus* when petitioner was detained under power of a state court
dismissed for want of jurisdiction. There was no certificate of probable cause for allowing the appeal in conformity with the act of
March 10, 1908, c. 76, 35 Stat. 40.[1]

*Mr. Albert T. Patrick* in *propria persona* and *Mr. William L.
McDonald* for the appellant.

*Mr. Robert C. Taylor* for the State of New York appeared by
leave of the court.

*Per Curiam:* Appeal dismissed for want of jurisdiction. Act
of March 10, 1908, c. 76, 35 Stat. 40; *Bilik* v. *Strassheim*, sheriff
of Cook County, Illinois, decided October 19, 1908, *ante*, p. 551.
Application for writ of *habeas corpus* denied.

---

## WATER, LIGHT & GAS COMPANY *v.* CITY OF HUTCHINSON, KANSAS.

No. 21.   Argued November 13, 1908.—Decided November 16, 1908.

*Water, Light & Gas Co.* v. *Hutchinson*, 207 U. S. 385, in which it was
held that an exclusive franchise cannot, under the statutes of Kansas, be granted by ordinance by a city of the second class, followed.

---

[1] For this act in full see *ante*, p. 551.